RUSSELL A. FLINT et al., appellants,

*v.*

MYRON E. FLINT et al., respondents.

[Decided October 11th, 1917.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Lane and reported in *87 N. J. Eq. 560*.

*Messrs. Burnett, Cornish & Sorg,* for the appellants.

*Messrs. Colby, Whiting & Moore,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lane.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—11.

*For reversal*—None.